IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE:<br>SUBPOENA TO TIME WARNER<br>CABLE INC. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 4:11-MC-00019 |

**ORDE ON TIME WARNER CABLE INC.'S MOTION TO QUASH, OR, IN THE ALTERNATIVE, TO TRANSFER TO THE NORTHERN DISTRICT OF TEXAS**

BEFORE THE COURT is Time Warner Cable Inc.'s Motion to Quash the Subpoena served upon it by The Law Offices of Evan Stone on March 2, 2011. Having considered the Motion to Quash, the Court is of the opinion that it should be **granted**. It is hereby ordered that the Subpoena to Time Warner Cable Inc. issued by The Law Offices of Even Stone on March 2, 2011 is **quashed**.

IT IS SO ORDERED.

**SIGNED this 5th day of April, 2011.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE